JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:26-cv-02862-SSS-DTBx Date July 20, 2026

Title: Tamiya Robles v. Capital One, National Association

Present: The Honorable Sunshine S. Sykes

| Irene Vazquez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

---

Proceedings: ☐ In Court ☒ In Chambers ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 7/9/26 (Dkt. 10).

☐ Case settled but may be reopened if settlement is not consummated within ________ days. Make JS-6.

☐ Other ________

☐ Entered ________.

Initials of Preparer iv